UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                                :
UNITED STATES OF AMERICA,                       :       Case No. 1:01-cr-172
                                                :
            Plaintiff,                          :
                                                :
vs.                                             :       ORDER
                                                :
JAMES R. CHAMBERS,                              :
                                                :
            Defendant.                          :
                                                :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In March 2017, the Court denied James Chambers's petition for habeas corpus relief under 18 U.S.C. § 2255.[1] Relying on the Supreme Court's decision in *Beckles v. United States*,[2] the Court rejected Chambers's argument that the sentencing guidelines used to sentence him were void for vagueness.[3] Chambers then moved for reconsideration of that order, arguing that *Beckles* did not apply to his case because he was sentenced before the Supreme Court's decision in *United States v. Booker*.[4]

The Court stayed the case pending the Sixth Circuit's decision in *Chubb v. United States*.[5] The Sixth Circuit issued its decision in that case on January 8, 2018; however, it did not address the merits of the *Booker* issue.[6] Instead, it relied on its earlier decision in *Raybon v. United States*[7] to conclude that Chubb's petition was untimely.[8]

Though the parties have fully briefed Chambers's motion for reconsideration, they have

---

[1] Doc. 56.
[2] 137 S. Ct. 886 (2017).
[3] Doc. 56.
[4] Doc. 57 (citing *United States v. Booker*, 543 U.S. 220 (2005)).
[5] 707 F. App'x. 388 (Mem) (6th Cir. 2018).
[6] *Id.* at 388–89.
[7] 867 F.3d 625 (6th Cir. 2017).
[8] *Chubb*, 707 F. App'x at 390.

Case No. 1:01-cr-172
Gwin, J.

not addressed the application of *Raybon* to this case.[9]

For those reasons, the stay in this case is lifted and the parties are **ORDERED** to file within fourteen days of this order supplemental briefs addressing the proper application of the Sixth Circuit's *Chubb* and *Raybon* decisions to this case. The parties' supplemental briefs are not to exceed ten pages in length.

IT IS SO ORDERED.

Dated: February 15, 2018         *s/       James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE

---

[9] *See* Doc 57; Doc. 59; Doc. 61.